

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00152-CR

_____

**MARTIN TOVAR CAMPOS,**

                                        **Appellant**

  **v.**

**THE STATE OF TEXAS,**

                                        **Appellee**

_____

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. 202100429

_____

## MEMORANDUM OPINION

_____

In trial court cause number DC-F202100429, appellant, Martin Tovar Campos, was charged by indictment with one count of assault family violence by occlusion and forgery of a government document. On May 15, 2023, Campos filed a motion to dismiss the indictment in trial court cause number DC-F202100429 for want of prosecution and for violating his right to a speedy trial. Campos alleges that the trial court denied his motion to dismiss. Thereafter, Campos entered into a plea agreement with the State, whereby he

pleaded guilty to one count of forgery of a government document in exchange for the State waiving the one count of assault family violence by occlusion and dismissing the indictment in a separate trial court cause number—DC F202300103. The trial court signed a certification of Campos's right to appeal indicating that this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." Nevertheless, Campos has filed a notice of appeal challenging the trial court's purported denial of his motion to dismiss the indictment in trial court cause number DC-F202100429.

We must dismiss an appeal "without further notice, regardless of the basis for the appeal" if the trial court's certification shows there is no right to appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (holding that an appellant who has executed a waiver of appeal, whether negotiated or not, could not appeal without securing the permission of the trial court). Because the trial court's certification shows there is no right to appeal, this appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
(Chief Justice Gray concurring without a note)
Dismissed
Opinion delivered and filed June 7, 2023
Do not publish
[CR25]

